UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE CROTTY**

FUBU Films, LLC,
                                    Plaintiff,

-v-

Pressman Films, Edward R. Pressman Film Corporation and Edward R. Pressman, Individually and dba Pressman Films,
                                    Defendant.

Case No. _____

**Rule 7.1 Statement**

'08 CIV 5576
ECF Case

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

FUBU Films, LLC                                    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** 06/19/2008

**Signature of Attorney**

**Attorney Bar Code:** SRS5665

Form Rule7_1.pdf  SDNY Web 10/2007