UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
FUBU FILMS, LLC
vs.
Defendant
PRESSMAN FILMS

Case No.: 08CIV5576
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on __6-30-08__
I, John Gonzalez, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Jul 2 2008 10:06AM, I executed service of SUMMONS IN A CIVIL ACTION; COMPLAINT; RULE#1-COMMUNICATIONS WITH CHAMBERS; CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER; (BLANK) NOTICE, CONSENT, AND ORDER OF REFERENCE - EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; (BLANK) CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE; ELECTRONIC CASE FILING RULES & INSTRUCTIONS on EDWARD R PRESSMAN FILM CORPORATION at 1639 11TH Street SUITE 251, SANTA MONICA, Los Angeles County, CA 90404

By Personal Service to: CHRISTIAN AERY, ASSISTANT/ PERSON IN CHARGE, A white female approx. 21-25 years of age 5'6"-5'8" in height weighing 160-180 lbs with blonde hair

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____ Execute on Jul 07, 2008
John Gonzalez, Reg. # 2971, Los Angeles, CA

State of California County of __Los Angeles__
Subscribed and sworn to before me, a notary public on Jul 07, 2008

_____
Notary Public

FOR: NELSEN, THOMPSON, PEGUE & THORNTON
REF: FUBUv.PRESSMAN

JACOB SHAPIRO
Commission # 1712311
Notary Public - California
Los Angeles County
My Comm. Expires Dec 23, 2010

Order No. 5625710 LAX FIL