UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUBU FILMS, LLC,<br><br>                Plaintiff,<br><br>      v.<br><br>PRESSMAN FILMS, EDWARD R. PRESSMAN FILM CORPORATION, AND EDWARD R. PRESSMAN, individually and d/b/a PRESSMAN FILMS,<br><br>                Defendants. | 08-CV-5576 (PAC) (THK) |

## DEFENDANTS' RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants certifies that: (a) "Pressman Films" does not have any parent corporations or publicly held corporations which own 10% or more of its stock, as "Pressman Films" does not exist; and (b) Defendant Edward R. Pressman Film Corporation is wholly owned by Edward R. Pressman Productions, Inc.

Dated:  New York, New York
         July 29, 2008

                                        PRYOR CASHMAN LLP

                                        By:    /s/ Anna E. Hutchison
                                               James A. Janowitz
                                               (jjanowitz@pryorcashman.com)
                                               Anna E. Hutchinson
                                               (ahutchinson@pryorcashman.com)
                                            *Attorneys for Defendants*
                                            410 Park Avenue
                                            New York, NY
                                            10022-4441
                                            (212) 421-4100