# HOFFINGER STERN & ROSS, LLP
### 150 EAST 58TH STREET
### NEW YORK, NEW YORK 10155

JACK S. HOFFINGER
STEPHEN R. STERN, P.C.
PHILIP S. ROSS
FRAN HOFFINGER
SUSAN HOFFINGER

(212) 421-4000
TELECOPIER: (212) 223-3857
TELECOPIER: (212) 750-1259

MICHAEL J. SHERMAN
MARK W. GEISLER

August 1, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 4 2008

By Facsimile
Honorable Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Fubu Films, LLC v. Pressman Films, et al.
    08 Civ. 5576 (PAC)

Dear Judge Crotty:

We represent the plaintiff, Fubu Films, LLC in the above matter. We received notification yesterday of Your Honor's Initial Pretrial Conference Order which, among other things, scheduled an initial pretrial conference for August 11, 2008 at 3:00 p.m.

Previously, we had spoken with counsel for the defendants, James A. Janowitz, Esq. of Pryor Cashman LLP, with respect to a conflict in his firm's representation of the defendants. In a telephone conference yesterday, Mr. Janowitz confirmed his firm would be withdrawing, and his clients would be obtaining new counsel.

Further, our firm has a scheduling conflict for August 11, 2008 in another case, with adversary counsel arriving from California to conduct a deposition of another client of our firm.

Beyond the foregoing, in this action based on diversity jurisdiction, the answer filed by Pryor Cashman challenges subject matter jurisdiction, and based on some representations made by Mr. Janowitz, we will be investigating the claim of lack of diversity.

Under the circumstances, we respectfully request the conference scheduled for August 11, 2008 be re-scheduled to another date. In the current absence of counsel for defendants, we are unable to propose alternative dates for the Court at this time. No previous request for an adjournment of the conference has been made.

Thank you for Your Honor's consideration.

Respectfully,

Mark W. Geisler

cc: James A. Janowitz, Esq. (by fax)

*Plaintiff's Counsel is directed to report on the status of this matter by Friday, September 5, 2008.*

SO ORDERED: AUG 0 4 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

**MEMO ENDORSED**