Stephen R. Stern (SS5665)
Mark W. Geisler (MG7261)
HOFFINGER STERN & ROSS, LLP
150 East 58th Street, 19th Floor
New York, New York 10155
Tel: (212) 421-4000
Fax: (212) 750-1259

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

FUBU FILMS, LLC,

          Plaintiff,

-against-

PRESSMAN FILMS,
EDWARD R. PRESSMAN FILM CORPORATION,
and EDWARD R. PRESSMAN, individually and
dba PRESSMAN FILMS,

          Defendants.
-----------------------------------------------------------X

08-CV-5576 (PAC)(THK)

STIPULATION OF
VOLUNTARY
DISMISSAL PURSUANT
TO F.R.C.P. 41(a)(1)(A)(ii)

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their respective counsel(s), that the above-captioned action is voluntarily dismissed, without prejudice and without costs to any party, against all defendants named in the caption pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: September 4, 2008

HOFFINGER STERN & ROSS, LLP
Attorneys for Plaintiff


By: Mark W. Geisler (MG-7261)
150 East 58th Street, 19th Floor
New York, New York 10155
(212) 421-4000

PRYOR CASHMAN LLP
Attorneys for Defendants


By: James A. Janowitz (JJ-  )
410 Park Avenue, 10th Floor
New York, New York 10022
(212) 421-4100

MG2596.WPD